UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR BOWLES, d/b/a <br> Creative Design Interiors, et al., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.:  4:01CV00345 RWS <br> ) <br> ) <br> ) <br> ) <br> ) |

## ENTRY OF DEFAULT BY THE CLERK

Upon request of plaintiffs, it appearing that defendant Arthur Bowles and Carolyn Bowles, both d/b/a Creative Design Interiors failed to appear or otherwise defend as provided by the Federal Rules of Civil Procedure, the undersigned hereby enters the default of defendants, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

JAMES G. WOODWARD, Clerk

By: *James G. Woodward*
~~Deputy~~ Clerk

Date: *May 24, 2001*

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 05/25/01 by cahring
    4:01cv345    Carpenters Dist Coun vs Bowles

29:1132 E.R.I.S.A.-Employee Benefits

Arthur Bowles -
111 Robin Hill Lane
Ballwin, MO 63021

Carolyn Bowles -
111 Robin Hill Lane
Ballwin, MO 63021

Greg Campbell - 2774           Fax: 314-727-6804

SCANNED & FAXED BY:

C. D. D