UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CARPENTERS' DISTRICT COUNCIL OF )
GREATER ST. LOUIS, et al., )
                Plaintiffs, )
v. ) Case No.: 4:01CV00345 RWS
ARTHUR BOWLES, d/b/a )
Creative Design Interiors, et al., )
                Defendant. )

## JUDGMENT

Plaintiffs filed this action on March 8, 2001 to recover from defendants Arthur Bowles and Carolyn Bowles, both d/b/a Creative Design Interiors, delinquent fringe benefit contributions, liquidated damages, and interest owed to the plaintiff benefit funds pursuant to the Employee Retirement Income Security Act, 29 U.S.C. §1132(g)(2) ("ERISA") and pursuant to the Labor Management Relations Act, 29 U.S.C. §185 ("LMRA"). Defendants have not appeared, and plaintiffs move for default judgment, submitting in support of their motion the affidavits of Juli Laramie and Greg A. Campbell.

Under ERISA, 29 U.S.C. §1132(g)(2) and §1145, and under the applicable collective bargaining agreement, defendants Arthur Bowles and Carolyn Bowles, both d/b/a Creative Design Interiors, owes $9,209.31 in delinquent fringe benefit contributions, $1,841.86 in liquidated damages, and $507.97 in interest. The collective bargaining agreements and ERISA, 29 U.S.C. §1132(g)(2), also require defendant to pay plaintiffs' attorneys' fees and costs. Plaintiffs incurred $276.00 in attorneys' fees, and $189.16 in court costs. Based on the evidence presented, the Court finds that the services performed by plaintiffs' attorneys were reasonable and necessary to the litigation of this case, that the rates charged were reasonable, and that the amount sought for attorneys' fees is reasonable. The total amount owed by defendants Arthur Bowles and Carolyn Bowles, both d/b/a Creative Design Interiors to plaintiffs is $12,024.30.

IT IS HEREBY ORDERED that plaintiffs' motion for default judgment is granted.

IT IS HEREBY ORDERED that the Clerk of the Court shall enter judgment by default in favor of plaintiffs and against defendants Arthur Bowles and Carolyn Bowles, both d/b/a Creative Design Interiors in the amount of $12,024.30.

_____
UNITED STATES DISTRICT JUDGE

Dated this 29th day of May, 2001.

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 05/29/01 by cahring
                4:01cv345    Carpenters Dist Coun vs Bowles

29:1132 E.R.I.S.A.-Employee Benefits

Arthur Bowles -
111 Robin Hill Lane
Ballwin, MO  63021

Carolyn Bowles -
111 Robin Hill Lane
Ballwin, MO  63021

Greg Campbell - 2774                Fax: 314-727-6804

SCANNED & FAXED BY:

MAY 29 2001

MJM